IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KENNETH MARSHALL, an individual, )<br>)<br>)<br>    Plaintiff,           )<br>                         )            CIVIL ACTION NO.<br>    v.                   )              2:13cv602-MHT<br>                         )                  (WO)<br>JUNE L. PHILLIPS, d/b/a  )<br>Phillips Plaza,          )<br>                         )<br>    Defendant.           ) | |

## JUDGMENT

Pursuant to the plaintiff's notice of voluntary dismissal (doc. no. 10), it is ORDERED that this cause is dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of May, 2015.

         /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE